UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DIANA EVERROAD,           )<br>     Plaintiff,           )<br>                              )<br>     vs.                      )<br>                              )<br>SCOTT TRUCK SYSTEMS, INC. and )<br>SHERRY (SCOTT) HANTZIS, in her )<br>Individual capacity,      )<br>     Defendants.          ) | 1:06-cv-770-RLY-JMS |

**FINAL JUDGMENT**

The court, having this day made its Entry directing the entry of summary judgment in favor of Defendants as to the federal claims and dismissal for lack of jurisdiction of the supplemental state law claims,

**IT IS NOW ADJUDGED** that judgment is entered for Defendants and against Plaintiff as to the claims asserted under Title VII and the ADEA; and

**IT IS FURTHER ADJUDGED** that the supplemental state law claims are dismissed without prejudice for lack of jurisdiction.

**SO ORDERED** this 7th day of August 2008.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1

Laura Briggs, Clerk
United States District Court

____*/s/ Philip A. Gordon*____

By: Deputy Clerk

Electronic copies to:

Joel Samuel Paul
COLEMAN GRAHAM & STEVENSON
jpaul@cgslegal.com

Susan M. Zoeller
BARNES & THORNBURG LLP
susan.zoeller@btlaw.com